McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06-CR-0315 AWI |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff, ) | SENTENCING DATE |
| ) | |
| v. ) | DATE: March 10, 2008 |
| ) | TIME: 9:00 A.M. |
| ) | PLACE: Courtroom 2 |
| SYLVIA RUIZ, ) | Honorable Anthony W. Ishii |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the sentencing hearing presently scheduled before the Honorable Anthony W. Ishii for February 25, 2008 at 9:00 a.m. be continued to March 10, 2008 at 9:00 a.m.

Defense counsel, Barbara O'Neill, has been contacted regarding the requested continuance and concurs with this request.

/ / /

/ / /

1

The parties agree that the resulting period of delay occurring between February 25, 2008, and the date for the sentencing hearing, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

IT IS SO STIPULATED:

Dated: February 20, 2008   McGregor W. Scott
United States Attorney

/s/ Kathleen A. Servatius
By: KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Dated: February 20, 2008   /s/ Barbary H. O'Neill
BARBARA H. O'NEILL, ESQ.
Attorney for Defendant

### ORDER

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing presently set for February 25, 2008 at 9:00 a.m. is continued until March 10, 2008 at 9:00 a.m., to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   February 22, 2008**          /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE